[400]    THE STATE v. CHAMBERS.

1. A *certiorari* lies to remove the assessment under the militia act of 1794.

2. If a captain of militia proceeds erroneously in classing and assessing the militia, the Supreme Court, on *certiorari*, will quash the assessment.

On *certiorari*.   It appeared, upon affidavits, that Chambers, the captain of militia, had proceeded erroneously in his mode of conducting the classing and assessments.

*Leake,* for the defendant, contended that no *certiorari* lay under the militia act of 20th June, 1794, to the captain, who acted in a military capacity throughout.   A *certiorari* might

as well lie to a court martial. The nature and objects of the tribunals are perfectly distinct, and one cannot, with any appearance of reason or show of propriety, interfere with the acts of the other. It is contrary to public policy to countenance proceedings of this nature, which, in a case of emergency, might retard, or perhaps totally frustrate, a levy of troops.

But it was ruled by the court that the writ well lay, and the proceedings appearing to be erroneous, they were quashed *quoad* Stevenson, the prosecutor.

Assessment quashed.

CITED *in State* v. *Hanford*, 6 *Hal.* 71; *N. J. R. R. & Tr. Co.* v. *Suydam*, 2 *Harr.* 62; *City of Camden* v. *Mulford*, 2 *Dutch.* 55.